THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER SIMPKINS, Appellant. [951 NYS2d 907]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Florio, J.P., Belen, Austin and Miller, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASEAM STANLEY, Appellant. [951 NYS2d 909]—

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 735 [1998]; *People v Foy*, 89 AD3d 1103, 1103 [2011]; *People v Pertillar*, 37 AD3d 740 [2007]). Mastro, J.P., Florio, Balkin and Chambers, JJ., concur.